IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE SAOIRSE MOEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERRICK BANK CORPORATION,<br><br>　　　　Defendant　　　　　　　　／ | No. C-07-0574 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBITS; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANT** |

　　　Before the Court is plaintiff's Motion to Seal Defendant's Exhibits, filed April 17, 2007.

　　　For the reasons stated by plaintiff, the Court finds that defendant's filing of an exhibit in support of its motion for summary judgment, specifically, Exhibit 3, was in violation of Civil Local Rule 3-17(a)(1), because such exhibit includes plaintiff's entire social security number. See Civil L.R. 3-17(a)(1) (providing "[i]f an individual's social security number must be included in a pleading or other paper filed in the public file, only the last four digits of that number should be used").

　　　Accordingly, the Clerk is hereby DIRECTED to remove from the public record and file under seal the "Exhibits in Support of Motion for Summary Judgment," filed April 6, 2007.

//

1 | Defendant is hereby DIRECTED to file in the public record, no later than May 8,
2 | 2007, a redacted version of the "Exhibits in Support of Motion for Summary Judgment,"
3 | specifically, a version in which no more than the last four numbers of plaintiff's social
4 | security number are visible. If defendant fails to timely comply with this order, the Court will
5 | issue sanctions, which may include striking the above-referenced exhibits from the record.
6 | **IT IS SO ORDERED.**

8 | Dated: April 30, 2007

MAXINE M. CHESNEY
United States District Judge