IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE SAOIRSE MOEN, | No. C 07-0574 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR EXTENSION OF TIME FOR HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| MERRICK BANK CORPORATION, | |
| Defendant | |

Before the Court is plaintiff's request, filed May 8, 2007, to extend the time for the hearing on plaintiff's motion for partial summary judgment from May 11, 2007 to June 22, 2007.

By order filed May 7, 2007, the Court denied plaintiff's motion for partial summary judgment.[1]

Accordingly, plaintiff's request for an extension is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 10, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] The order was mailed to plaintiff on May 7, 2007, and had not been received by plaintiff when plaintiff filed the instant request.