United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE SAOIRSE MOEN,<br><br>    Plaintiff,<br><br>  v.<br><br>MERRICK BANK CORPORATION,<br><br>    Defendant<br>                                                            / | No. C 07-0574 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO TAKE PENDING MOTIONS OFF CALENDAR; VACATING JUNE 29, 2007 AND JULY 6, 2007 HEARINGS; DIRECTING PARTIES TO FILE STATUS REPORT BY JULY 27, 2007** |

Before the Court is plaintiff's request, filed June 20, 2007, to take two pending motions off calendar, in light of a "pending settlement" of the above-titled action.

Good cause appearing, plaintiff's request is hereby GRANTED. Accordingly, the June 29, 2007 hearing on plaintiff's motion for reconsideration and the July 6, 2007 hearing on plaintiff's motion for partial summary judgment are hereby VACATED.

The parties are hereby DIRECTED to file, no later than July 27, 2007, a joint status report with respect to the status of the settlement.

**IT IS SO ORDERED.**

Dated: June 21, 2007

_____
MAXINE M. CHESNEY
United States District Judge