1  JOHN CLARK BROWN, JR. (SBN 050204)
   Attorney at Law
2  5701 West Slauson Avenue
   Suite 120
3  Culver City, California 90230
   Telephone: 310/ 410-8400
4  Telecopier: 310/ 410-0800

5

6  Attorney for Defendant,
   Merrick Bank Corporation

7

8                    UNITED STATES DISCRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  DEIRDRE SAOIRSE MOEN,           )  CASE NO. C 07 00574 MMC
                                    )
12                                  )
                    Plaintiff,      )  (1)  STIPULATION FOR DISMISSAL
13                                  )       OF ACTION WITH PREJUDICE
                                    )
14      vs.                         )
                                    )  (2)  ORDER THEREON
15  MERRICK BANK CORPORATION,       )
                                    )
16                  Defendant.      )
                                    )  DATE:             .
17                                  )  TIME:             .
                                    )  COURTROOM:        .
18                                  )  [NO HEARING SET]
                                    )
19                                  )
                                    )
20                                  )
    _____)
21

22

23  ////

24  ////

25  ////

26  ////

27  ////

28

                                    1

1  Plaintiff, Deirdre Soairse Moen ("Moen"), and Defendant, Merrick Bank Corporation
2  ("Merrick"), by its attorney of record, stipulate that, pursuant to *F.R. Civ.R. 41(a)(1)*, the Court
3  may forthwith dismiss this action, with prejudice.
4
5  DATED: June 27, 2007
6  _____
   DEIRDRE SAOIRSE MOEN
   Plaintiff
7
8  DATED: June 29, 2007
9  _____
   JOHN CLARK BROWN, JR.
   Attorney for Defendant,
10 Merrick Bank Corporation
11
12                IT IS SO ORDERED.
13         July 12, 2007
   DATED: ~~June~~ _____, ~~2007~~
14 _____
   HONORABLE MAXINE M. CHESNEY
   Judge of the United States District Court